NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOSEPH KULWICKI, III,               )
                                    )
          Appellant,                )
                                    )
v.                                  )          Case No. 2D19-24
                                    )
JUDITH A. KULWICKI,                 )
                                    )
          Appellee.                 )
_____ )

Opinion filed November 6, 2019.

Appeal from the Circuit Court for Pasco
County; Daniel D. Diskey, Judge.

John Cullum, Wesley Chapel, for Appellant.

Roland D. Waller, New Port Richey, for
Appellee.


PER CURIAM.


          Affirmed.



LaROSE, MORRIS, and ATKINSON, JJ., Concur.